## D. Del. LR 7.1.1 Statement

Pursuant to Local Rule 7.1.1, a reasonable effort has been made to reach agreement with Plaintiffs through the parties' counsel in the California Action on the matters set forth in this motion, and agreement on all matters has not been reached.

*/s/ Albert J. Carroll*
Albert J. Carroll, Esquire (#5316)

14051552